IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00189-GPG

FOX SALERNO,[1]

    Plaintiff,

v.

JENNIFER ANDERSON, Law Librarian,
(UNKNOWN) CASTELLANO, Dr. Medical Committee,
JOHN CHAPDELAINE, CDOC Warden,
(UNKNOWN) CHRISTIANS, SGT., Mail Room Supervisor,
D. CLARY, Segregation SGT.,
RAYMOND COLE, Disciplinary LT.,
ANTHONY DECESARO, Grievance Responder,
JAMES FALK, CDOC Warden,
(UNKNOWN) FARMER, Doctor (DDS),
CHASE FELZIEN, Housing Lt.,
DOLF HALL, Medical Committee,
JONATHON JOHNSON, Guard,
(UNKNOWN) KENNEDY, Housing Lt.,
(UNKNOWN) LADD, Housing Unit Sgt.,
KATHY MICKEY, Medical Committee,
STEPHEN MORRIS, ADOC Deputy Warden,
MICHELLE NYCZ, Disciplinary Appeals Officer,
RICK RAEMISCH, CDOC Executive Director,
CHARLES RYAN, ADOC Director,
(UNKNOWN) SCHERBARTH, Associate Warden,
BERNADETTE SCOTT, Lt. Mail Room Supervisor,
JAMIE SOURCIE, Medical Supervisor,

---

[1] Previously, Plaintiff filed a case, No.15-cv-02728-LTB, in this Court that included the exact same complaint that Plaintiff has submitted in this action. In Case No. 15-cv-02728-LTB, Plaintiff stated he was currently incarcerated in Arizona and provided an inmate trust account statement that indicates his Arizona inmate number is 063416. The Court has reviewed both the Public Access to Court Electronic Records (PACER) and the Arizona Department of Corrections (ADOC) Website. The Court found on the ADOC Website that the name of the prisoner who is assigned Inmate No. 063416 is Fox J. Salerno. Also PACER indicates on the Docket in many prisoner cases filed in the United States District Court for the District of Arizona that a Mr. Fox Joseph Salerno, who is an ADOC inmate is assigned ADOC Inmate No. 063416. Based on these records, Mr. Joseph Fox Sale appears to be the same person as Mr. Fox Joseph Salerno. In this case, Plaintiff has identified his name as Fox Salerno and his Colorado Department Corrections inmate number as 164490.

1

DARNEY SWINGLE, Disciplinary Lt.,
JASON WALLACE, Disciplinary Lt., and
WESLEY WILSON, Major,

## ORDER OF DISMISSAL

Plaintiff Fox Salerno has stated to the Court that he is in the custody of the Colorado Department of Corrections and currently incarcerated at the Sterling Correctional Facility, in Sterling, Colorado.  Plaintiff initiated this action by filing *pro se* a Prisoner Complaint and subsequently a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  On January 30, 2016, Magistrate Judge Gordon P. Gallagher entered an order directing Plaintiff to show cause why he should not be denied leave to proceed pursuant to § 1915, because he has initiated three or more actions that count as strikes pursuant to 28 U.S.C. § 1915(g) and he is not under imminent danger of serious physical injury.

When Plaintiff failed to respond to the Order to Show Cause, within the time allowed, this Court entered an order on March 21, 2016, that denied Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915 and directed him to pay the $400 filing fee in full if he desired to proceed with this action.  Because Plaintiff now has failed to comply with the March 21, 2016 Order within the time allowed the Court will dismiss this action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) because Plaintiff failed to pay the filing fee in full within the time allowed.   It is

FURTHER ORDERED that leave to proceed *in forma paupers* on appeal is denied.

DATED at Denver, Colorado, this   28th   day of     April     , 2016.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
UNITED STATES DISTRICT COURT